**Order entered October 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01700-CV

**ORCA ASSETS, G.P., L.L.C., Appellant**

**V.**

**JPMORGAN CHASE BANK, N.A., ET AL., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-05303**

## ORDER

We **GRANT** appellant's October 21, 2014 unopposed second motion for an extension of time to file a reply brief. Appellant shall file its reply brief by **OCTOBER 29, 2014**.

/s/      ELIZABETH LANG-MIERS
              JUSTICE